| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION | |
| Case number (if known): _____ Chapter 11 | ☐ Check if this is an amended filing |

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Acquisition Integration, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4319425 |
| 4. | Debtor's address | **Principal place of business**  164 Jim Harding Way  Huntsville, AL 35806  Number, Street, City, State & ZIP Code    Madison  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.acq-integ.com |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | Acquisition Integration, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    4237

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | Acquisition Integration, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Acquisition Integration, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/9/2025
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

David P. Bristol
Printed name

Title  Member

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  6/9/2025
MM / DD / YYYY

Stuart Maples asb-1974-s69s
Printed name

Thompson Burton PLLC
Firm name

200 CLINTON AVE. W
Huntsville , AL 35801
Number, Street, City, State & ZIP Code

Contact phone  (256) 489-9779    Email address  smaples@thompsonburton.com

asb-1974-s69s AL
Bar number and State

Resolution of Board of Directors
of
Acquisition Integration, LLC

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David P. Bristol, Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David P. Bristol, Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David P. Bristol, Member of this Corporation is authorized and directed to employ Stuart Maples asb-1974-s69s, attorney and the law firm of Thompson Burton PLLC to represent the corporation in such bankruptcy case.

Date  6/9/25             Signed  David P. Bristol

Date  6-5-2025           Signed  M. Shutt - MANAGER

# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

In re  Acquisition Integration, LLC
Debtor(s)

Case No. _____
Chapter  11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, David P. Bristol, declare under penalty of perjury that I am the Member of Acquisition Integration, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that David P. Bristol, Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that David P. Bristol, Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that David P. Bristol, Member of this Corporation is authorized and directed to employ Stuart Maples asb-1974-s69s , attorney and the law firm of Thompson Burton PLLC to represent the corporation in such bankruptcy case."

Date  6/8/25

Signed _____
David P. Bristol

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Acquisition Integration, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/9/25     X /s/ David P. Bristol
Signature of individual signing on behalf of debtor

David P. Bristol
Printed name

Member
Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

In re: Acquisition Integration, LLC

Debtor(s)

Case No. _____

Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/9/25

_____
David P. Bristol/Member
Signer/Title

8X8
675 Creekside Way
Campbell, CA 95008


AIRCRAFT FASTENERS INTERNATIONAL
5200 Sheila St
Los Angeles, CA 90040


Alabama Closing and Title, LLC
6767 Old Madison Pike Ste 140
Huntsville, AL 35806


AlaCOMP WC
101 Technacenter Dr.
Montgomery, AL 36117


Ascension IT
40 Inverness Center Pkwy Suite 50
Birmingham, AL 35242


ATEC PEST CONTROL
208 Celtic Dr.
Madison, AL 35758


Avi Faskowitz
The Faskowitz Law Firm, PLLC
61-43 186 Street, Ste 207
Fresh Meadows, NY 11365


Axxeum, Inc.
c/o Emily S. Pendley Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203


BOEING DIST. SVCS/KLX Aero.
88289 Expedite Way
Chicago, IL 60695


Brody Valrega
Valerga LLP
395 S. Main St #201
Alpine, UT 84004


Burntex Aviation Consulting


Caldwell Country Chevrolet
c/o Brandon Renken
700 Louisiana St., Ste. 3400
Houston, TX 77002


COMCAST
2700 Cumberland Pkwy SE, Suite 200
Atlanta, GA 30339

Computer Insights
108 3rd Street
Bloomingdale, IL 60108


COYOTE LOGISTICS
11215 North Community House Road
Charlotte, NC 28277


David P Bristol
201 Nichols Creek Ln
Huntsville, AL 35806


DELL
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197


Deltek
2291 Wood Oak Drive
Herndon, VA 20171


EB Industrial
2159 Palma Dr Unit D
Ventura, CA 93003


Edward J. Pollock
c/o Brad Ryder
Ryder Law Firm, P.C. P.O Box 4265
Huntsville, AL 35815


FASTENAL
2159 Palma Dr Unit D
Winona, MN 55987


Fidelity National Title Insurance Co.
100 Corporate Ridge
Suite 120
Birmingham, AL 35242


First Class Business Group Capital LLC
159 West Broadway #200--PMB170
Salt Lake City, UT 84101


Fite Building Company
3116 Sexton Rd SE A
Decatur, AL 35603


Global Airparts Direct, Inc.
27127 Calle Arroyo
San Juan Capistrano, CA 92675


GreatAmerica Financial Services
PO Box 609
Cedar Rapids, IA 52406

HABCO INDUSTRIES LLC
172 Oak Street
Glastonbury, CT 06033


HB FULLER COMPANY/ND Industries
506 Pine Mountain Rd
Hudson, NC 28638


HUNTSVILLE CHAMBER OF COMMERCE
225 Church Street NW
Huntsville, AL 35801


Huntsville Design
105 Skylab Dr. NW
Huntsville, AL 35806


Intertek OASIS Fee AS9120
P.O. Box #405176
Atlanta, GA 30384


Knightsbridge Funding LLC
40 Wall St.
New York, NY 10005


Libertas MCA
c/o Bradley Hightower
505 N. 20th St., Ste. 1800
Birmingham, AL 35203


Madison County Alabama
1918 Memorial Pkwy NW
Huntsville, AL 35801


Mayer Brown LLP
700 Louisiana St., Ste. 3400
Houston, TX 77002


MINCO
Lockbox 446007
PO Box 64075
Saint Paul, MN 55164


MKS NEWPORT
2 Tech Drive
Andover, MA 01810


Odyssey
7059 Production Ct
Florence, KY 41042


ORION


PAYLOCITY
1400 American Lane
Schaumburg, IL 60173

Privateer USA
5 Center Road West
Old Saybrook, CT 06475


Richards Brandt


Rodriguiez Lawn Masters
2436 Charity Lane
Hazel Green, AL 35750


ServisFirst Bank
401 Meridian Street
Suite 303
Huntsville, AL 35801


ServisFirst Bank LOC
401 Meridian Street, Suite 303
Huntsville, AL 35801


SES
6992 Columbia Gateway Drive, Suite 200
Columbia, MD 21046


SESCO INDUSTRIES
P.O. Box 242
College Point, NY 11356


Stinson LLP


Technical Maintenance, Inc.
1041 WESTEND DR, STE 100
Greensboro, GA 30642


The Boss Company LLC
1200 Corporate Dr G-5
Birmingham, AL 35242


THE OLANDER COMPANY
144 Commercial St.
Sunnyvale, CA 94086


TLC
URBAN TOWERS 222 WEST
LAS COLINAS BVLD 1650E
Irving, TX 75039


TMT Services LLC
1012 Buffington Rd
Huntsville, AL 35808


TOTAL QUALITY LOGISTICS
PO BOX 634558
Cincinnati, OH 45263

```
Unique Funding Solutions
1915 Hollywood Blvd.
Suite 200A
Hollywood, FL 33020


US Army/PEO Aviation
5681 Wood Drive
Huntsville, AL 35898


VITAL RECORDS CONTROL
Dept. 5874, PO Box 11407
Birmingham, AL 35246


WASTEAWAY
PO Box 12184
Huntsville, AL 35816


Weldmac Manufacturing Co.
1451 N. Johnson Avenue
El Cajon, CA 92020


Wesco Aircraft
2601 Meacham Blvd, Suite 400
Fort Worth, TX 76137
```