**Fill in this information to identify the case:**

Debtor name    Acquisition Integration, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known)    25-81186

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 24, 2025      **X** /s/   David P. Bristol
                                       Signature of individual signing on behalf of debtor

                                       David P. Bristol
                                       Printed name

                                       Member
                                       Position or relationship to debtor

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Business Checking | 7444 | $2,524.00 |
| 3.2. | Truist Bank | Business Checking | 9139 | $674.00 |
| 3.3. | Trustmark National Bank | Checking | 4080 | $88.12 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,286.12 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Huntsville Utilities | $4,850.00 |
|---|---|---|

Case 25-81168-CRJ11    Doc 39    Filed 06/24/25    Entered 06/24/25 15:26:15    Desc Main Document    Page 2 of 33

| | 7.2. | Harvest Monrovia Water | $350.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                    $5,200.00

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          606,000.00      -              0.00    =....              $606,000.00
                              face amount          doubtful or uncollectible accounts
                     AOG, Miguel (Alex) Laborde

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.          $606,000.00

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** Inventory | | $2,224,730.00 | | $2,224,730.00 |
| 22.    **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**
       Add lines 19 through 22.   Copy the total to line 84.                            $2,224,730.00

24.    **Is any of the property listed in Part 5 perishable?**
       ☒ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** Warehouse Shelving and Fixtures | $0.00 | N/A | $5,437.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment, Communication Systems | $0.00 | N/A | $21,816.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.   Copy the total to line 86.

| | |
|---|---|
| | $27,253.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Packing Machine; Ladder | $0.00 | N/A | $21,600.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.   Copy the total to line 87.

| |
|---|
| $21,600.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.acq-integ.com | Unknown | | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

Orders Book/Not Shipped MASPO    1,000,000.00  -  0.00  =
Total face amount    doubtful or uncollectible amount    $1,000,000.00

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Greg Wilson: Fraud and theft. He withdrew AI funds from Truist checking without authorization ($5k). He also used the AI American Express credit card to complete over $38k (minus interest) of unauthorized purchases. He tried his personal bank account to the AI /American Express credit card to conceal his actions. Total AI loss is $50k minus damages    $0.00

| Nature of claim | Potential pending lawsuit |
|---|---|
| Amount requested | $0.00 |

RMB Consulting and Associates: Rudy Blanco, Attorney/FL, stole $2M from AI from Jan - April 2024. Criminal and civil charges are active in Miami Country. Damages will come from Rudy's E&O insurance, FL Bar, and Bank of America.    $0.00

| Nature of claim | Potential pending lawsuit |
|---|---|
| Amount requested | $2,000,000.00 |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Pivot Capital/PTF Genesis Investment    $2,000,000.00

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $3,000,000.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,286.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $606,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,224,730.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $27,253.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,888,069.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,888,069.12 |

**Fill in this information to identify the case:**

Debtor name    Acquisition Integration, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known)    25-81186

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Flight Test Aerospace, Inc.
Creditor's Name

14532 Lee Road Chantilly
Chantilly, VA 20151
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $241,114.00    Column B: $0.00

**2.2**   Knightsbridge Funding LLC
Creditor's Name

40 Wall St.
New York, NY 10005
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $31,500.00    Column B: $0.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.3 | NOVO Tech, Inc. | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

117 Jet Plex Circle, Suite C7
Madison, AL 35758

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | ServisFirst Bank LOC | Describe debtor's property that is subject to a lien | $1,272,073.38 | $0.00 |
|---|---|---|---|---|

Creditor's Name

401 Meridian Street, Suite 303
Huntsville, AL 35801

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Small Business Administration | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2 North Street, Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | Truist Bank | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P O Box 1626
Wilson, NC 27894

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | TVT Business Funding | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2554 GATEWAY RD
Carlsbad, CA 92009

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $1,544,687.38 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Madison County Alabama<br>1918 Memorial Pkwy NW<br>Huntsville, AL 35801 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,034.00 | $3,034.00 |
| Date or dates debt was incurred<br>2024 | Basis for the claim:<br>Personal Property Tax | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>8X8<br>675 Creekside Way<br>Campbell, CA 95008 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,420.06 |
| **Date(s) debt was incurred** 9/1/2024<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br>Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>AIRCRAFT FASTENERS INTERNATIONAL<br>5200 Sheila St<br>Los Angeles, CA 90040 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,155.00 |
| **Date(s) debt was incurred** 4/8/2024<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br>Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address<br>Alabama Closing and Title, LLC<br>6767 Old Madison Pike Ste 140<br>Huntsville, AL 35806 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $550.00 |
| **Date(s) debt was incurred** 12/13/2023<br>**Last 4 digits of account number** ___ | **Basis for the claim:** ___<br>Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $329.97 |
|---|---|---|---|
| | AlaCOMP WC<br>101 Technacenter Dr.<br>Montgomery, AL 36117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $104,240.44 |
|---|---|---|---|
| | American Express Business Platinum<br>1 Chase Plaza<br>New York, NY 10081 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _2024_ | | |
| | **Last 4 digits of account number** _1000_ | **Basis for the claim:** _Credit card purchases_<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,175.78 |
|---|---|---|---|
| | Ascension IT<br>40 Inverness Center Pkwy?Suite 50<br>Birmingham, AL 35242 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _1/18/2024_ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,125.00 |
|---|---|---|---|
| | ATEC PEST CONTROL<br>208 Celtic Dr.<br>Madison, AL 35758 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _11/28/2023_ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,819,098.03 |
|---|---|---|---|
| | Axxeum, Inc.<br>c/o Emily S. Pendley<br>Burr & Forman LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, AL 35203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Pending Lawsuit_<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76,923.12 |
|---|---|---|---|
| | Bill Parsons<br>168 Manningham Court<br>Madison, AL 35758 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _6/1/2024 to 10/12/2024_ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Wages_<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,356.56 |
|---|---|---|---|
| | BOEING DIST. SVCS/KLX Aero.<br>88289 Expedite Way<br>Chicago, IL 60695 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _2/12/2024_ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,000.00 |
|---|---|---|---|
| | Burntex Aviation Consulting | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _12/15/2024_ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,431,695.00 |
|---|---|---|---|

Caldwell Country Chevrolet
c/o Brandon Renken
700 Louisiana St., Ste. 3400
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,405.38 |
|---|---|---|---|

Cody Bristol
1333 Loren Circle
Clarksville, TN 37042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/27/2024 to 12/14/2024

**Basis for the claim:**  Wages

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $874.98 |
|---|---|---|---|

COMCAST
2700 Cumberland Pkwy SE, Suite 200
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/9/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,730.00 |
|---|---|---|---|

Computer Insights
108 3rd Street
Bloomingdale, IL 60108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $121.10 |
|---|---|---|---|

COYOTE LOGISTICS
11215 North Community House Road
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/7/2023

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,625.00 |
|---|---|---|---|

David P Bristol
201 Nichols Creek Ln
Huntsville, AL 35806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2024-2025

**Basis for the claim:**  Employee Wages

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,402.17 |
|---|---|---|---|

DELL
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/4/2025

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,523.27 |
|---|---|---|---|

Deltek
2291 Wood Oak Drive
Herndon, VA 20171

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/2/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,190.00 |
|---|---|---|
| EB Industrial<br>2159 Palma Dr Unit D<br>Ventura, CA 93003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  10/12/2023 | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182,324.73 |
|---|---|---|
| Edward J. Pollock<br>c/o Brad Ryder<br>Ryder Law Firm, P.C.<br>P.O Box 4265<br>Huntsville, AL 35815 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:**  Pending Lawsuit | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,670.00 |
|---|---|---|
| Emmitt Rodriguez<br>4114 Halyard Drive<br>Denver, NC 28037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/20/2024 to 2/22/2025 | **Basis for the claim:**  Wages | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201.71 |
|---|---|---|
| FASTENAL<br>2159 Palma Dr Unit D<br>Winona, MN 55987 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/31/2025 | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383,933.60 |
|---|---|---|
| Fidelity National Title Insurance Co.<br>100 Corporate Ridge<br>Suite 120<br>Birmingham, AL 35242 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $723,844.01 |
|---|---|---|
| First Class Business Group Capital LLC<br>159 West Broadway #200--PMB170<br>Salt Lake City, UT 84101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $545,650.00 |
|---|---|---|
| Fite Building Company<br>3116 Sexton Rd SE A<br>Decatur, AL 35603 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $203.42 |
|---|---|---|
| Global Airparts Direct, Inc.<br>27127 Calle Arroyo<br>San Juan Capistrano, CA 92675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/3/2024 | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

**3.28** Nonpriority creditor's name and mailing address
GreatAmerica Financial Services
PO Box 609
Cedar Rapids, IA 52406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

$56,336.00

---

**3.29** Nonpriority creditor's name and mailing address
Hannah Jerningan
105 Moss Wood Court
Madison, AL 35758

Date(s) debt was incurred  5/18/2024 to 2/22/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages
Is the claim subject to offset? ☒ No   ☐ Yes

$9,162.19

---

**3.30** Nonpriority creditor's name and mailing address
HB FULLER COMPANY/ND Industries
506 Pine Mountain Rd
Hudson, NC 28638

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

$484.90

---

**3.31** Nonpriority creditor's name and mailing address
HUNTSVILLE CHAMBER OF COMMERCE
225 Church Street NW
Huntsville, AL 35801

Date(s) debt was incurred  9/1/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

$547.58

---

**3.32** Nonpriority creditor's name and mailing address
Huntsville Design
105 Skylab Dr. NW
Huntsville, AL 35806

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

$335,520.90

---

**3.33** Nonpriority creditor's name and mailing address
Intertek OASIS Fee AS9120
P.O. Box #405176
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No   ☐ Yes

$12,200.00

---

**3.34** Nonpriority creditor's name and mailing address
Jane Bristol
1333 Loren Circle
Clarksville, TN 37042

Date(s) debt was incurred  7/27/2024 to 12/14/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages
Is the claim subject to offset? ☒ No   ☐ Yes

$5,908.75

---

**3.35** Nonpriority creditor's name and mailing address
Jeffery Fudge
13730 Cedar Pond Circle
Huntersville, NC 28078

Date(s) debt was incurred  7/27/2024 to 12/14/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Wages
Is the claim subject to offset? ☒ No   ☐ Yes

$3,190.00

---

**3.36**
Nonpriority creditor's name and mailing address
Libertas MCA
c/o Bradley Hightower
505 N. 20th St., Ste. 1800
Birmingham, AL 35203

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$746,110.60

---

**3.37**
Nonpriority creditor's name and mailing address
Lina Henao
25 Ginsberg Road
Madison, AL 35756

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2024 to 10/19/2024

Basis for the claim:  Wages

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$2,876.44

---

**3.38**
Nonpriority creditor's name and mailing address
Linden McDow
106 Beacher Court
Madison, AL 35756

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2024 to 10/12/2024

Basis for the claim:  Wages

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$1,740.00

---

**3.39**
Nonpriority creditor's name and mailing address
Maura Staten
23110 Christie Drive
Toney, AL 35773

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2024 to 5/17/2025

Basis for the claim:  Wages

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$172,480.70

---

**3.40**
Nonpriority creditor's name and mailing address
Michelle Stephens
1155 Old Monrovia Road NW
Huntsville, AL 35806

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/2024 to 5/17/2025

Basis for the claim:  Wages

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$14,849.07

---

**3.41**
Nonpriority creditor's name and mailing address
MINCO
Lockbox 446007
PO Box 64075
Saint Paul, MN 55164

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/8/2022

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$12,555.70

---

**3.42**
Nonpriority creditor's name and mailing address
MKS NEWPORT
2 Tech Drive
Andover, MA 01810

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$1,548.00

---

**3.43**
Nonpriority creditor's name and mailing address
Odyssey
7059 Production Ct
Florence, KY 41042

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/1/2025

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

$5,016.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
ORION
7502 W 80th Ave.
Suite 225
Arvada, CO 80003

**Date(s) debt was incurred** 3/22/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$6,580.56

---

**3.45**

**Nonpriority creditor's name and mailing address**
PAYLOCITY
1400 American Lane
Schaumburg, IL 60173

**Date(s) debt was incurred** 1/7/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$978.44

---

**3.46**

**Nonpriority creditor's name and mailing address**
Privateer USA
5 Center Road West
Old Saybrook, CT 06475

**Date(s) debt was incurred** 12/7/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,107.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
Richards Brandt

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$6,500.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
Rodney Dant
3800 Lakewood Drive NW
Huntsville, AL 35811

**Date(s) debt was incurred** 8/10/2024 to 1/25/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

Is the claim subject to offset? ☐ No ☐ Yes

$22,936.07

---

**3.49**

**Nonpriority creditor's name and mailing address**
Rodriguiez Lawn Masters
2436 Charity Lane
Hazel Green, AL 35750

**Date(s) debt was incurred** 8/13/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,650.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
Sara Walker
1155 Old Monrovia Road NW
Huntsville, AL 35806

**Date(s) debt was incurred** 8/10/2024 to 5/17/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

Is the claim subject to offset? ☒ No ☐ Yes

$13,369.58

---

**3.51**

**Nonpriority creditor's name and mailing address**
SES
6992 Columbia Gateway Drive, Suite 200
Columbia, MD 21046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$166,923.00

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $312.50 |
|---|---|---|---|
| | SESCO INDUSTRIES<br>P.O. Box 242<br>College Point, NY 11356 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 4/2/2024 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,494.00 |
|---|---|---|---|
| | Shirley Dant<br>3800 Lakewood Drive<br>Huntsville, AL 35811 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 6/15/2024 to 1/25/2025 | **Basis for the claim:** Wages | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,130.16 |
|---|---|---|---|
| | Stinson LLP<br>1201 Walnut Street, Suite 2900<br>Kansas City, MO 64106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $450.00 |
|---|---|---|---|
| | Technical Maintenance, Inc.<br>1041 WESTEND DR, STE 100<br>Greensboro, GA 30642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 1/31/2024 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $49.12 |
|---|---|---|---|
| | The Boss Company LLC<br>1200 Corporate Dr G-5<br>Birmingham, AL 35242 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2/1/2024 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $202.80 |
|---|---|---|---|
| | THE OLANDER COMPANY<br>144 Commercial St.<br>Sunnyvale, CA 94086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 1/15/2024 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,750.00 |
|---|---|---|---|
| | TMT Services LLC<br>1012 Buffington Rd<br>Huntsville, AL 35808 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,300.00 |
|---|---|---|---|
| | TOTAL QUALITY LOGISTICS<br>PO BOX 634558<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 11/29/2023 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Acquisition Integration, LLC | Case number (if known) | 25-81186 |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339,005.30 |
|---|---|---|---|

**3.60**

**Nonpriority creditor's name and mailing address**
U.S. Department of Labor
OWCP/DCMWC
PO Box 8307
London, KY 40742

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Wages_

Is the claim subject to offset? ☒ No ☐ Yes

$339,005.30

---

**3.61**

**Nonpriority creditor's name and mailing address**
Unique Funding Solutions
1915 Hollywood Blvd.
Suite 200A
Hollywood, FL 33020

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$148,520.00

---

**3.62**

**Nonpriority creditor's name and mailing address**
US. Department of Treasury
PO Box 979101
Saint Louis, MO 63197

**Date(s) debt was incurred** _
**Last 4 digits of account number** _0666_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Government Contract - Procurement Costs_

Is the claim subject to offset? ☒ No ☐ Yes

$473,135.26

---

**3.63**

**Nonpriority creditor's name and mailing address**
VITAL RECORDS CONTROL
Dept. 5874, PO Box 11407
Birmingham, AL 35246

**Date(s) debt was incurred** _3/15/2024_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,277.36

---

**3.64**

**Nonpriority creditor's name and mailing address**
WASTEAWAY
PO Box 12184
Huntsville, AL 35816

**Date(s) debt was incurred** _6/1/2024_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,265.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
Weldmac Manufacturing Co.
1451 N. Johnson Avenue
El Cajon, CA 92020

**Date(s) debt was incurred** _9/12/2023_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Restocking Fee_

Is the claim subject to offset? ☒ No ☐ Yes

$203,768.25

---

**3.66**

**Nonpriority creditor's name and mailing address**
Weldmac Manufacturing Co.
1451 N. Johnson Avenue
El Cajon, CA 92020

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$176,777.92

---

**3.67**

**Nonpriority creditor's name and mailing address**
Wesco Aircraft
2601 Meacham Blvd, Suite 400
Fort Worth, TX 76137

**Date(s) debt was incurred** _3/14/2023_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$7,192.36

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.    Add the amounts of priority and nonpriority unsecured claims.**



| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,034.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,389,969.84 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 13,393,003.84 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Warehouse space located at 136 Jim Harding Way, Huntsville, AL 35806 | |
|     State the term remaining    2 months | |
|     List the contract number of any government contract | ServisFirst Bank<br>401 Meridian Street<br>Suite 303<br>Huntsville, AL 35801 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Prime Contractor for Aviation Parts | |
|     State the term remaining    September 2027 | |
|     List the contract number of any government contract    W58RGZ-21-D-0089 | US Army/PEO Aviation<br>5681 Wood Drive<br>Huntsville, AL 35898 |

Debtor name    Acquisition Integration, LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

Case number (if known)    25-81186

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | David P Bristol | 201 Nichols Creek Ln<br>Huntsville, AL 35806 | Edward J. Pollock | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.2 | David P Bristol | 201 Nichols Creek Ln<br>Huntsville, AL 35806 | Axxeum, Inc. | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.3 | David P Bristol | 201 Nichols Creek Ln<br>Huntsville, AL 35806 | ServisFirst Bank LOC | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | David P Bristol | 201 Nichols Creek Ln<br>Huntsville, AL 35806 | American Express<br>Business Platinum | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.5 | David P Bristol | 201 Nichols Creek Ln<br>Huntsville, AL 35806 | NOVO Tech, Inc. | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | David P Bristol | 201 Nichols Creek Ln<br>Huntsville, AL 35806 | Flight Test Aerospace, Inc. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|
| 2.7  Greg Wilson | American Express<br>Business Platinum |

☐ D _____
☒ E/F ___3.5___
☐ G _____

# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

In re  Acquisition Integration, LLC        Case No.   25-81186

       Debtor(s)        Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................... $     50,000.00

    Prior to the filing of this statement I have received ...................................... $     0.00

    Balance Due ..................................................................................................... $     50,000.00

2. The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 24, 2025

*Date*

/s/ Stuart Maples

Stuart Maples asb-1974-s69s

*Signature of Attorney*

Thompson Burton PLLC
200 CLINTON AVE. W
Huntsville , AL 35801
(256) 489-9779   Fax:
smaples@thompsonburton.com

*Name of law firm*

**United States Bankruptcy Court**

**Northern District of Alabama, Northern Division**

In re   Acquisition Integration, LLC              Case No.   25-81186

                               Debtor(s)              Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 24, 2025                  /s/ David P. Bristol

                                         David P. Bristol/Member

                                         Signer/Title

8X8
675 Creekside Way
Campbell, CA 95008


AIRCRAFT FASTENERS INTERNATIONAL
5200 Sheila St
Los Angeles, CA 90040


Alabama Closing and Title, LLC
6767 Old Madison Pike Ste 140
Huntsville, AL 35806


AlaCOMP WC
101 Technacenter Dr.
Montgomery, AL 36117


American Express Business Platinum
1 Chase Plaza
New York, NY 10081


Ascension IT
40 Inverness Center Pkwy Suite 50
Birmingham, AL 35242


ATEC PEST CONTROL
208 Celtic Dr.
Madison, AL 35758


Avi Faskowitz
The Faskowitz Law Firm, PLLC
61-43 186 Street, Ste 207
Fresh Meadows, NY 11365


Axxeum, Inc.
c/o Emily S. Pendley Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203


Bill Parsons
168 Manningham Court
Madison, AL 35758


BOEING DIST. SVCS/KLX Aero.
88289 Expedite Way
Chicago, IL 60695


Brody Valrega
Valerga LLP
395 S. Main St #201
Alpine, UT 84004


Burntex Aviation Consulting

Caldwell Country Chevrolet
c/o Brandon Renken
700 Louisiana St., Ste. 3400
Houston, TX 77002


Cody Bristol
1333 Loren Circle
Clarksville, TN 37042


COMCAST
2700 Cumberland Pkwy SE, Suite 200
Atlanta, GA 30339


Computer Insights
108 3rd Street
Bloomingdale, IL 60108


COYOTE LOGISTICS
11215 North Community House Road
Charlotte, NC 28277


David P Bristol
201 Nichols Creek Ln
Huntsville, AL 35806


DELL
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197


Deltek
2291 Wood Oak Drive
Herndon, VA 20171


EB Industrial
2159 Palma Dr Unit D
Ventura, CA 93003


Edward J. Pollock
c/o Brad Ryder
Ryder Law Firm, P.C. P.O Box 4265
Huntsville, AL 35815


Emmitt Rodriguez
4114 Halyard Drive
Denver, NC 28037


FASTENAL
2159 Palma Dr Unit D
Winona, MN 55987


Fidelity National Title Insurance Co.
100 Corporate Ridge
Suite 120
Birmingham, AL 35242

First Class Business Group Capital LLC
159 West Broadway #200--PMB170
Salt Lake City, UT 84101


Fite Building Company
3116 Sexton Rd SE A
Decatur, AL 35603


Flight Test Aerospace, Inc.
14532 Lee Road Chantilly
Chantilly, VA 20151


Global Airparts Direct, Inc.
27127 Calle Arroyo
San Juan Capistrano, CA 92675


GreatAmerica Financial Services
PO Box 609
Cedar Rapids, IA 52406


Greg Wilson


Hannah Jerningan
105 Moss Wood Court
Madison, AL 35758


HB FULLER COMPANY/ND Industries
506 Pine Mountain Rd
Hudson, NC 28638


HUNTSVILLE CHAMBER OF COMMERCE
225 Church Street NW
Huntsville, AL 35801


Huntsville Design
105 Skylab Dr. NW
Huntsville, AL 35806


Intertek OASIS Fee AS9120
P.O. Box #405176
Atlanta, GA 30384


Jane Bristol
1333 Loren Circle
Clarksville, TN 37042


Jeffery Fudge
13730 Cedar Pond Circle
Huntersville, NC 28078


Kevin Heard
Heard Ary & Dauro, LLC
303 Williams Avenue SW Ste 921
Huntsville, AL 35801

Knightsbridge Funding LLC
40 Wall St.
New York, NY 10005


Libertas MCA
c/o Bradley Hightower
505 N. 20th St., Ste. 1800
Birmingham, AL 35203


Lina Henao
25 Ginsberg Road
Madison, AL 35756


Linden McDow
106 Beacher Court
Madison, AL 35756


Madison County Alabama
1918 Memorial Pkwy NW
Huntsville, AL 35801


Maura Staten
23110 Christie Drive
Toney, AL 35773


Mayer Brown LLP
700 Louisiana St., Ste. 3400
Houston, TX 77002


Michelle Stephens
1155 Old Monrovia Road NW
Huntsville, AL 35806


MINCO
Lockbox 446007
PO Box 64075
Saint Paul, MN 55164


MKS NEWPORT
2 Tech Drive
Andover, MA 01810


NOVO Tech, Inc.
117 Jet Plex Circle, Suite C7
Madison, AL 35758


Odyssey
7059 Production Ct
Florence, KY 41042


ORION
7502 W 80th Ave.
Suite 225
Arvada, CO 80003

PAYLOCITY
1400 American Lane
Schaumburg, IL 60173


Privateer USA
5 Center Road West
Old Saybrook, CT 06475


Richards Brandt


Rodney Dant
3800 Lakewood Drive NW
Huntsville, AL 35811


Rodriguiez Lawn Masters
2436 Charity Lane
Hazel Green, AL 35750


Sara Walker
1155 Old Monrovia Road NW
Huntsville, AL 35806


ServisFirst Bank
401 Meridian Street
Suite 303
Huntsville, AL 35801


ServisFirst Bank LOC
401 Meridian Street, Suite 303
Huntsville, AL 35801


SES
6992 Columbia Gateway Drive, Suite 200
Columbia, MD 21046


SESCO INDUSTRIES
P.O. Box 242
College Point, NY 11356


Shirley Dant
3800 Lakewood Drive
Huntsville, AL 35811


Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106


Technical Maintenance, Inc.
1041 WESTEND DR, STE 100
Greensboro, GA 30642

The Boss Company LLC
1200 Corporate Dr G-5
Birmingham, AL 35242


THE OLANDER COMPANY
144 Commercial St.
Sunnyvale, CA 94086


TMT Services LLC
1012 Buffington Rd
Huntsville, AL 35808


TOTAL QUALITY LOGISTICS
PO BOX 634558
Cincinnati, OH 45263


Truist Bank
P O Box 1626
Wilson, NC 27894


TVT Business Funding
2554 GATEWAY RD
Carlsbad, CA 92009


U.S. Department of Labor
OWCP/DCMWC
PO Box 8307
London, KY 40742


Unique Funding Solutions
1915 Hollywood Blvd.
Suite 200A
Hollywood, FL 33020


US Army/PEO Aviation
5681 Wood Drive
Huntsville, AL 35898


US. Department of Treasury
PO Box 979101
Saint Louis, MO 63197


VITAL RECORDS CONTROL
Dept. 5874, PO Box 11407
Birmingham, AL 35246


WASTEAWAY
PO Box 12184
Huntsville, AL 35816


Weldmac Manufacturing Co.
1451 N. Johnson Avenue
El Cajon, CA 92020

Wesco Aircraft
2601 Meacham Blvd, Suite 400
Fort Worth, TX 76137