# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

In re   Acquisition Integration, LLC                         Case No.   25-81168-CRJ11
                         Debtor(s)                           Chapter    11

## Notice of Change of Address

Federal Tax ID Number: 46-431945

**Our Former Mailing Address and Telephone Number was:**

Name:                Acquisition Integration, LLC

Street:              164 Jim Harding Way

City, State and Zip: Huntsville, AL 35806

Telephone #:

**Please be advised that effective** August 5,**, 20**25**,**
**our new mailing address and telephone number is:**

Name:                Acquisition Integration, LLC

Street:              PO Box 147

City, State and Zip: Capshaw, Alabama 35742

Telephone #:

**Please be advised that effective** August 5,**, 20**25**,**
**our new physcial address and telephone number is:**

Name:                Acquisition Integration, LLC

Street:              117 Jetplex Circle C1

City, State and Zip: Madison, Alabama 35758

Telephone #:

                                                    /s/  David P. Bristol
                                                      David P. Bristol/Member
                                                    Authorized Signer/Title