# ACQUISITION INTEGRATION, LLC  25-81168-CRJ11

| Asset | Debtor's Value | Total Value | Creditor | Secured Claim | Available for Distribution |
|---|---|---|---|---|---|
| MAPSCO Contract | $0.00 | $0.00 | ServisFirst Bank | $1,272,073.38 | $0.00 |
| AOG, Miguel (Alex) Laborde | $606,000.00 | $606,000.00 | ServisFirst Bank | | $606,000.00 |
| TOTALS: | $606,000.00 | $606,000.00 | | $1,272,073.38 | **-$666,073.38** |
| Administrative Claims | | | | | ($60,000) |
| Allowed Priority Claims | | | | | ($99,612) |
| Allowed Unsecured Claims | | | | | ($2,535,803.74) |
| | | | | **Unsecured Return** | **-$3,361,489.13** |