UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| In the Matter of: | } | |
| --- | --- | --- |
| | } | Case No. 25-81168-CRJ-11 |
| ACQUISITION INTEGRATION, LLC, | } | |
| EIN: XX-XXX9425 | } | Chapter 11 |
| | } | |
| Debtor(s). | } | |
| | } | |

**TENTATIVE RULING ON DISCLOSURE STATEMENT FOR LIQUIDATION PLAN**

This case is scheduled for hearing on October 20, 2025 on the Disclosure Statement for Liquidation Plan of Acquisition Integration, LLC dated August 29, 2025, ECF No. 95 (hereinafter the "Disclosure Statement"). The Court has carefully reviewed the Disclosure Statement and finds that it lacks adequate information under 11 U.S.C. § 1125(a) regarding the following:

1. The Disclosure Statement should name the proposed Liquidating Trustee, and include the Liquidating Trustee's resume, why the Liquidating Trustee was selected, and any relationship of the proposed Liquidating Trustee with the Debtor or any known bidders.

2. The Disclosure Statement should include any information the Debtor has regarding whether Flight Test Aerospace Inc., NOVO Tech, Inc., or any other creditor intends to participate in the auction of the MAPSO contract and the equity shares of the Debtor and credit bid their claim.

The Court reserves the right to address additional deficiencies regarding the Disclosure Statement during the hearing.

**IT IS ORDERED** this the 16th day of October, 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge