# Notice Recipients

District/Off: 1126–5     User: admin     Date Created: 10/16/2025
Case: 25–81168–CRJ11     Form ID: pdf000     Total: 113

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
11640705   ORION
11640708   Richards Brandt
11640714   Stinson LLP

   TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ba   Richard M Blythe   Richard_Blythe@alnba.uscourts.gov
aty   Bradley P. Ryder   brad@ryderlaw.com
aty   James Russell Howison   rhowison@jmmtlawfirm.com
aty   Jayna Partain Lamar   jlamar@maynardnexsen.com
aty   John Jeffery Rich   jrich@madisoncountyal.gov
aty   Kevin D. Heard   kheard@heardlaw.com
aty   Stuart M Maples   smaples@thompsonburton.com
aty   Wesley Ryan Bulgarella   wbulgarella@maynardnexsen.com

   TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Acquisition Integration, LLC   PO Box 147   Capshaw, AL 35742
cr   ServisFirst Bank   401 Meridian Street   Suite 303   Huntsville, AL 35801
cr   Edward Jay Pollock   c/o Ryder Law Firm   P.O. Box 4265   Huntsville, AL 35815 UNITED STATES
cr   NOVO Tech, Inc.   117 Jet Plex Circle   Suite C7   Madison, AL 35758
cr   Madison County, Alabama   100 Northside Square   Huntsville, AL 35801 UNITED STATES
cr   Huntsville Design and Construction, Inc   105 Skylab Drive NW   Huntsville, AL 35806
11640674   *Axxeum, Inc.   c/o Emily S. Pendley Burr & Forman LLP   420 North 20th Street, Suite 3400   Birmingham, AL 35203
11651555   *Bill Parsons   168 Manningham Court   Madison, AL 35758
11640678   *Caldwell Country Chevrolet   c/o Brandon Renken   700 Louisiana St., Ste. 3400   Houston, TX 77002
11640686   *Edward J. Pollock   c/o Brad Ryder   Ryder Law Firm, P.C. P.O Box 4265   Huntsville, AL 35815
11640688   *Fidelity National Title Insurance Co.   100 Corporate Ridge   Suite 120   Birmingham, AL 35242
11640689   *First Class Business Group Capital LLC   1100 Crossways Park Dr W.   Woodbury, NY 11797
11640690   *Fite Building Company   3116 Sexton Rd SE A   Decatur, AL 35603
11651556   *Flight Test Aerospace, Inc.   14532 Lee Road   Chantilly, VA 20151
11640692   *GreatAmerica Financial Services   PO Box 609   Cedar Rapids, IA 52406
11640696   *Huntsville Design   105 Skylab Dr. NW   Huntsville, AL 35806
11640699   *Libertas MCA   c/o Bradley Hightower   505 N. 20th St., Ste. 1800   Birmingham, AL 35203
11651557   *Maura Staten   23110 Christie Drive   Toney, AL 35773
11640710   *ServisFirst Bank   401 Meridian Street   Suite 303   Huntsville, AL 35801
11640711   *ServisFirst Bank LOC   401 Meridian Street, Suite 303   Huntsville, AL 35801
11651560   *U.S. Department of Labor   OWCP/DCMWC   PO Box 8307   London, KY 40742
11651561   *US. Department of Treasury   PO Box 979101   Saint Louis, MO 63197
11640721   *Unique Funding Solutions   1915 Hollywood Blvd.   Suite 200A   Hollywood, FL 33020
11640725   *Weldmac Manufacturing Co.   1451 N. Johnson Avenue   El Cajon, CA 92020
11640667   8X8   675 Creekside Way   Campbell, CA 95008
11640668   AIRCRAFT FASTENERS INTERNATIONAL   5200 Sheila St   Los Angeles, CA 90040
11640672   ATEC PEST CONTROL   208 Celtic Dr.   Madison, AL 35758
11640670   AlaCOMP WC   101 Technacenter Dr.   Montgomery, AL 36117
11640669   Alabama Closing and Title, LLC   6767 Old Madison Pike Ste 140   Huntsville, AL 35806
11641003   Alabama Department of Labor   649 Monroe St   Montgomery, AL 36131
11651553   American Express   Business Platinum   P.O. Box 96001   Los Angeles, CA 900968000
11640671   Ascension IT   40 Inverness Center Pkwy?Suite 50   Birmingham, AL 35242
11641001   Assistant US Bankruptcy Administrator   Northern District of Alabama   P.O. Box 3045   Decatur, AL 35602
11640673   Avi Faskowitz   The Faskowitz Law Firm, PLLC   61–43 186 Street, Ste 207   Fresh Meadows, NY 11365
11725289   Axxeum, Inc.   c/o Burr & Forman LLP   Attn: James H. Haithcock, III   420 N 20th St, Ste 3400   Birmingham, AL 35203
11640675   BOEING DIST. SVCS/KLX Aero.   88289 Expedite Way   Chicago, IL 60695
11687876   BURNTEX AVIATION CONSULTING   12007 Udall Road   Hiram, OH 44234
11702793   Brandon Renken   Mayer Brown LLP   700 Louisiana St., Suite 3400   Houston, TX 77002
11726878   Brian J. Richardson   Leo Law Firm   Attn: Brian Richardson   200 Randolph Ave   Huntsville, AL 35801
11640676   Brody Valrega   Valerga LLP   395 S. Main St #201   Alpine, UT 84004
11640677   Burntex Aviation Consulting   Paul Leachko   12007 Udall Road   Hiram, Ohio 44234
11640679   COMCAST   2700 Cumberland Pkwy SE, Suite 200   Atlanta, GA 30339

| | | | | | |
|---|---|---|---|---|---|
| 11640681 | COYOTE LOGISTICS | 11215 North Community House Road | Charlotte, NC 28277 | | |
| 11702794 | Caldwell Country Chevrolet II, LLC | Mayer Brown LLP | Attn: Danielle Charron | 700 Louisiana St., Ste. 3400 | Houston, TX 77002 |
| 11640680 | Computer Insights | 108 3rd Street | Bloomingdale, IL 60108 | | |
| 11640683 | DELL | Payment Processing Center | P.O. Box 5275 | Carol Stream, IL 60197 | |
| 11726879 | David Bristol | 201 Nichols Creek Lane | Huntsville, AL 35806 | | |
| 11640682 | David P Bristol | 201 Nichols Creek Ln | Huntsville, AL 35806 | | |
| 11640684 | Deltek | 2291 Wood Oak Drive | Herndon, VA 20171 | | |
| 11640685 | EB Industrial | 2159 Palma Dr Unit D | Ventura, CA 93003 | | |
| 11657269 | Edward Jay Pollock | c/o Brad Ryder | Ryder Law Firm, P.C. | P.O. Box 4265 | Huntsville, AL 35815 |
| 11711487 | Emmitt Rodriguez | 4114 Halyard Drive | Denver, NC 28037 | | |
| 11640687 | FASTENAL | 7109 Greenbrier Rd Ste B | Madison, AL 35756 | | |
| 11650059 | Fastenal Company | 2001 Theurer Blvd., Attn: Legal | Winona, MN 55987 | | |
| 11640691 | Global Airparts Direct, Inc. | 32565b Golden Lantern Ste 205 | Dana Point, CA 92629 | | |
| 11668028 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | 625 First St. SE | Cedar Rapids, IA 52401 | |
| 11640694 | HB FULLER COMPANY/ND Industries | 506 Pine Mountain Rd | Hudson, NC 28638 | | |
| 11640695 | HUNTSVILLE CHAMBER OF COMMERCE | 225 Church Street NW | Huntsville, AL 35801 | | |
| 11641534 | Harvest Monrovia Water | 9131 Wall–Triana Hwy | Harvest, AL 35749 | | |
| 11641533 | Huntsville Utilities | P.O. Box 2048 | Huntsville, AL 35804 | | |
| 11640998 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 | | |
| 11640697 | Intertek OASIS Fee AS9120 | P.O. Box #405176 | Atlanta, GA 30384 | | |
| 11722722 | Jeffrey D Fudge | 13730 Cedar Pond Cir | Huntersville, NC 28078 | | |
| 11699344 | Libertas Funding LLC | 411 W. Putnam Avenue, Suite 220 | Greenwich, CT 06830 | | |
| 11704871 | Linden B McDow | 106 Beacher Ct | Madison, AL 35756–4264 | | |
| 11698292 | MINCO | 7300 Commerce Lane NE | Minneapolis, MN 55432 | | |
| 11640702 | MINCO | Lockbox 446007 | PO Box 64075 | Saint Paul, MN 55164 | |
| 11640703 | MKS NEWPORT | 2 Tech Drive | Andover, MA 01810 | | |
| 11640700 | Madison County Alabama | 1918 Memorial Pkwy NW | Huntsville, AL 35801 | | |
| 11640701 | Mayer Brown LLP | 700 Louisiana St., Ste. 3400 | Houston, TX 77002 | | |
| 11700492 | Michelle Stephens | 1519 Ridgegate Place | Huntsville, AL 35801 | | |
| 11640704 | Odyssey | 7059 Production Ct | Florence, KY 41042 | | |
| 11640706 | PAYLOCITY | 1400 American Lane | Schaumburg, IL 60173 | | |
| 11640707 | Privateer USA | 5 Center Road West | Old Saybrook, CT 06475 | | |
| 11645044 | RODNEY LANE DANT | 3800 LAKEWOOD DRIVE NW | HUNTSVILLE, AL 35811 | | |
| 11640709 | Rodriguiez Lawn Masters | 2436 Charity Lane | Hazel Green, AL 35750 | | |
| 11640713 | SESCO INDUSTRIES | P.O. Box 242 | College Point, NY 11356 | | |
| 11700544 | Sara Walker | 1506 Ridgegate Place | Huntsville, AL 35801 | | |
| 11705453 | Science and Engineering Services, LLC | 6992 Columbia Gateway Drive | Columbia, MD 21046 | | |
| 11640712 | Science and Engineering Services, LLC | 6992 Columbia Gateway Drive | Columbia, MD 21046 | | |
| 11651558 | Science and Engineering Services, LLC | 6992 Columbia Gateway Drive | Columbia, MD 21046 | | |
| 11640997 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | | |
| 11641002 | State Department of Revenue | P O Box 1927 | Pelham, AL 35124 | | |
| 11641004 | State of Alabama Dept. of Revenue | P O Box 320001 | Montgomery, AL 36132 | | |
| 11686472 | Stinson LLP | 1201 Walnut St. | Ste. 2900 | Kansas City, MO 64106 | |
| 11640717 | THE OLANDER COMPANY | 144 Commercial St. | Sunnyvale, CA 94086 | | |
| 11640719 | TMT3 Services LLC | 806 Bass Ave | New Smyrna Beach, FL 32169 | | |
| 11640720 | TOTAL QUALITY LOGISTICS | PO BOX 634558 | Cincinnati, OH 45263 | | |
| 11640715 | Technical Maintenance, Inc. | 1041 WESTEND DR, STE 100 | Greensboro, GA 30642 | | |
| 11640716 | The Boss Company LLC | 1200 Corporate Dr G–5 | Birmingham, AL 35242 | | |
| 11724496 | Total Quality Logistitcs, LLC | Attn: Joseph Wells, Sr Corp. Counsel | 4289 Ivy Pointe Blvd | Cincinnati, OH 45245 | |
| 11643412 | Truist Bank, Support Services | PO Box 85092 | Richmond, VA 23286 | | |
| 11640698 | Trump Building | Knightsbridge Funding LLC | 40 Wall St. | New York, NY 10005 | |
| 11651562 | Trump Building | Knightsbridge Funding LLC | 40 Wall St. | New York, NY 10005 | |
| 11682462 | U.S. Department of Labor, Wage & Hour Division | U.S. Department of Labor, Office of the | 61 Forsyth Street S.W., Suite 7T10 | Atlanta, GA 30303 | |
| 11640996 | U.S. Securities and Exchange Commission | Regional Director, Branch of Reorganizat | Atlanta Regional Office, Suite 900 | 950 East Paces Ferry Road | Atlanta, GA 30326 |
| 11640722 | US Army/PEO Aviation | 5681 Wood Drive | Huntsville, AL 35898 | | |
| 11640999 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 | |
| 11641000 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North | Birmingham, AL 35203 | |
| 11640723 | VITAL RECORDS CONTROL | Dept. 5874, PO Box 11407 | Birmingham, AL 35246 | | |
| 11640724 | WASTEAWAY | PO Box 12184 | Huntsville, AL 35816 | | |
| 11640726 | Wesco Aircraft | 2601 Meacham Blvd, Suite 400 | Fort Worth, TX 76137 | | |

TOTAL: 102