| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **CASE NO. 25-81168-CRJ11** |
| **ACQUISITION INTEGRATION, LLC** | ) | |
| | ) | **CHAPTER 11** |
| **Debtor.** | ) | |
| | ) | |

**ORDER: (1) APPROVING THIRD AMENDED DISCLOSURE STATEMENT; (2) SCHEDULING CONFIRMATION HEARING; (3) FIXING TIME FOR OBJECTING TO CONFIRMATION AND FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN; AND  (4) TENTATIVELY APPROVING BIDDING PROCEDURES AND FIXING AUCTION DATE**

This case came before the Court for hearing on April 6, 2026 on the Debtor's Third Amended Disclosure Statement ECF No. 183 ("Disclosure Statement") and accompanying Third Amended Chapter 11 Plan of Reorganization Dated March 23, 2026, ECF No. 184. Appearing at the hearing were Stuart Maples, Esq., counsel for the Debtor; Richard Blythe Esq., counsel for the Bankruptcy Administrator, and Kevin Heard, counsel for Fight Test Aerospace, Inc. and NovaTech.

For the reasons stated on the record, the Court finds that the Disclosure Statement contains adequate information regarding Debtor's Plan of Reorganization as required under 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:**

1.      The Disclosure Statement is hereby **APPROVED**.

2.      The Bidding Procedures attached to the Disclosure Statement are **TENTATIVELY APPROVED** subject to Final Approval at the Confirmation Hearing set below;

3. Hearing on Confirmation of the Plan will be held on **May 4, 2026** at **11:00 a.m.,** before the Honorable Clifton R. Jessup, Jr. at the **United States Courthouse Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**.

4. **April 28, 2026** by **4:00 p.m.** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

5. **April 28, 2026** by **4:00 p.m.** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

6. The Debtor may file any motion relating to modification of the plan or the bidding procedures on or before **May, 1, 2026,** by **12:00 p.m., Noon.**

7. The Debtor must tabulate all acceptances and rejections of the Plan and file a Ballot Summary with the Court on or before **May 1, 2026** by **12:00 p.m., Noon.**

8. The Debtor must file a Memorandum in Support of Confirmation explaining pursuant to 11 U.S.C. § 1129 how the Plan satisfies the requirements for confirmation, on or before **May 1, 2026** by **12:00 p.m., Noon.**

9. If more than one qualifying bid is received, the Auction will be held on **May 8, 2026 at 10:00 am. (CST) at Thompson Burton, PLLC, 200 Clinton Ave. Suite 1000, Huntsville, Alabama, 35801**.

Dated this the 8th day of April, 2026.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:

Stuart M. Maples smaples@thompsonburton.com

Approved as to form:
Richard Blythe Richard_Blythe@alnba.uscourts.gov
Kevin D. Heard kheard@heardlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE:        * CASE NO. 25-81168-CRJ11

ACQUISITION INTEGRATION, LLC,     *

Debtor.        * CHAPTER 11

      *

      *

## BIDDING PROCEDURES

By its Chapter 11 Plan of Reorganization[1] (the "Plan"), Acquisition Integration, LLC (the "Debtor"), which is a debtor and a debtor in possession in the Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division (the "Bankruptcy Court"), seeks approval of, among other things, the procedures through which it will determine the highest or otherwise best offer for the sale of the Equity Interest in the Debtor, (the "Offered Assets").

## Offered Assets To Be Sold

Pursuant to the terms of its Plan, Debtor is selling all of its Equity Interest in the Debtor (the "Offered Assets"), which shall be cancelled and terminated as provided for in the Plan and which includes all membership interests held by David P. Bristol and the right to operate the Debtor's business, including performance of the MASPO Contract (U.S. Army Contract No. W58RGZ21-D-0089). The Equity Interest shall be sold in conjunction with confirmation of the Plan pursuant to 11 U.S.C. § 1141(d)(1)(B) and shall be transferred to the Successful Bidder free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options, and interests thereon (collectively, the "Interests"). Subsequent to the transfer and sale of the Equity Interests of the Debtor, the Successful Bidder shall have all ownership of the Reorganized Debtor including all managerial and financial control over the Reorganized Debtor. The following obligations shall survive confirmation and remain binding upon the Reorganized Debtor as provided for under the Plan: (i) the first-priority DIP lien of NOVO Tech, Inc. upon the MASPO Contract and all proceeds therefrom; (ii) the first-priority lien of ServisFirst Bank ("SFB") upon substantially all assets of the Debtor, including the MASPO Contract and proceeds therefrom (subordinate only to the DIP lien); and (iii) the lien of Flight Test Aerospace ("FTA") upon the MASPO Contract and proceeds therefrom (subordinate to both the DIP lien and SFB's lien). The Successful Bidder, as the new equity owner of the Reorganized Debtor, shall be bound by and assume all obligations of the Reorganized Debtor under the Plan, including without limitation the obligation to make semiannual Net Profits payments to SFB, FTA, and the Liquidating Trust as provided in the Plan. For the avoidance of doubt, all other Interests shall attach to the net proceeds of the sale with the same extent, validity, and priority as such Interests had against the Offered Assets to be distributed by the Liquidating Trustee.

Case 25-81168-CRJ11   Doc 191   Filed 04/08/26   Entered 04/08/26 14:37:09   Desc
Main Document   Page 3 of 11

**Bidding Process**

The Debtor shall (a) determine whether any person is a Qualified Bidder (as defined below), (b) coordinate the efforts of Preliminarily Interested Investors (as defined below) in conducting their due diligence investigations, (c) receive offers from Bidders (defined below), and (d) negotiate any offers made to purchase the Offered Assets.

**Marketing and Solicitation of Bids**

The Debtor shall conduct an active marketing and solicitation process for the Offered Assets consistent with the requirements of the Plan. The Debtor's marketing and solicitation efforts shall include:

(a) Contacting identified industry participants in the U.S. commercial and defense aerospace industry, including existing government contractors with knowledge of Foreign Military Sales (FMS) programs; and

(d) Running the Auction for a period of at least 2 days after Court approval of these Bidding Procedures to allow adequate time for potential bidders to conduct due diligence.

The Debtor expects that Flight Test Aerospace Inc. ("FTA") will participate in the Auction with a cash bid.

**Key Dates For Bidders.**

The Bidding Procedures provide interested parties with the opportunity to qualify for and participate in an auction to be conducted by the Debtor (the "<u>Auction</u>") and to submit bids for the Offered Assets. The Debtor shall assist Preliminarily Interested Investors in conducting their due diligence investigations and shall accept Bids (as defined below) until  May 1, 2026 at 12:00 p.m. (Central Time) (the "<u>Bid Deadline</u>").

| | |
|---|---|
| **May 1, 2026 12:00 p.m.** (Central Time). | Bid Deadline – Due Date for Bids |
| **May 8, 2026 at 10:00 a.m.** (Central Time). | Auction (if necessary) to be held at Thompson Burton, PLLC, 200 Clinton Ave. Suite 1000, Huntsville, Alabama, 35801 |
| TBD | Closing |

All due diligence requests must be directed to Debtor's counsel, Thompson Burton, PLLC, 200 Clinton Avenue, Suite 1000, Huntsville, Alabama, 35801, Attn: Stuart M. Maples, smaples@thompsonburton.com. All requests for diligence must be made by _____, 2026 at 4:00 p.m. (Central Time).

Case 25-81168-CRJ11    Doc 191    Filed 04/08/26    Entered 04/08/26 14:37:09    Desc
Main Document      Page 4 of 11

**Auction Qualification Process**

To be eligible to participate in the Auction, each offer (each, a "<u>Bid</u>"), and each party submitting such a Bid (each, a "<u>Bidder</u>"), must be reasonably determined by the Debtor, with advice of the Liquidating Trustee, to satisfy each of the following conditions:

(a) <u>Minimum Bid and Minimum Cash Down Payment</u>: Each Bid must provide for a total purchase price no less than the minimum bid amount to be set by the Debtor in the sale motion (the "<u>Minimum Bid</u>"). Each Bid must also include, as a condition of closing, a cash payment at closing (the "<u>Minimum Cash Down Payment</u>") in an amount sufficient to pay in full, on or before the Effective Date of the Plan: (i) all Allowed Administrative Expense Claims, including without limitation the professional fees of Thompson Burton, PLLC (estimated at approximately \$150,000); and (ii) all Allowed Priority Claims in Class 1 (estimated at approximately \$99,612.01). Any excess of the Minimum Cash Down Payment remaining after payment of all Allowed Administrative Expense Claims and Allowed Priority Claims shall be paid to NOVO Tech, Inc. and applied toward reduction of its post-petition super-priority administrative expense claim (estimated outstanding balance approximately \$750,000). Any remaining balance of the total purchase price above the Minimum Cash Down Payment may be structured as payments over time as set forth in the Bid, subject to the requirements of the Plan. The Minimum Cash Down Payment amount shall be set forth in the Debtor's sale motion and will be disclosed to all Qualified Bidders.

(b) <u>Corporate Authority</u>: A Bid must include written evidence reasonably acceptable to the Debtor demonstrating appropriate corporate authorization to consummate the proposed Transaction; provided that, if the Bidder is an entity specially formed for the purpose of effectuating the Transaction, then the Bidder must furnish written evidence reasonably acceptable to the Debtor of the approval of the Transaction by the equity holder(s) of such Bidder.

(c) <u>Disclosure of Identity of Bidder</u>: Bid must fully disclose the identity and contact information of each entity that will be bidding for or purchasing the Offered Assets or otherwise participating in connection with such Bid.

(d) <u>Proof of Financial Ability to Perform</u>: The Debtor shall require any Bidder to provide written evidence that the Debtor may reasonably conclude that the Bidder has the necessary financial ability to: (i) pay the Minimum Cash Down Payment in full at closing; (ii) satisfy any remaining structured payment obligations above the Minimum Cash Down Payment; and (iii) continue operating the Reorganized Debtor and performing the MASPO Contract post-closing, including meeting all obligations to ServisFirst Bank and FTA under the Plan.

(e) <u>Contingencies</u>: Each Bid may not be conditioned on obtaining financing or any internal approval, or on the outcome or review of due diligence.

(f) Cash Bids Required; No Credit Bidding: All Bids for the Equity Interest must be cash bids. No Bidder may credit bid any prepetition or post-petition claim in connection with the sale of the Equity Interest of the Debtor.

(g) Acknowledgment of Surviving Obligations: Each Bid must include a written acknowledgment, in form and substance acceptable to the Debtor, that the Successful Bidder, as the new equity owner of the Reorganized Debtor, shall be bound by and expressly assumes all obligations of the Reorganized Debtor under the confirmed Plan, including without limitation:

(i) The obligation to make semiannual Net Profits payments to SFB, then to FTA (after SFB is paid in full), and thereafter to the Liquidating Trust, from the net proceeds of the MASPO Contract, no less than semiannually, with the first payment due six (6) months after the Effective Date, and an annual true-up within ninety (90) days after each calendar year end;

(ii) The DIP Lender (NOVO Tech, Inc.) retains a first-priority lien on the MASPO Contract and all proceeds; SFB retains its senior lien upon the MASPO Contract and proceeds (subordinate only to the DIP lien); and FTA retains a junior lien upon the MASPO Contract and proceeds (subordinate to the DIP lien and SFB's lien), each of which remains enforceable against the Reorganized Debtor until the respective claims are paid in full;

(iii) The obligation to prepare and deliver semiannual Periodic Accountings to SFB, FTA, and the Liquidating Trustee no later than forty-five (45) days after each semiannual payment period, and annual true-up accountings within ninety (90) days after each calendar year end, in the form required by the Plan; and

(iv) The obligation not to encumber, transfer, assign, or otherwise dispose of the Reorganized Debtor's interest in the MASPO Contract without the prior written consent of SFB (and FTA until FTA's claim is paid in full).

(h) Irrevocable: Each Bid must be irrevocable until the later of (i) closing of the Sale, and (ii) _____, 2026.

(i) Compliance with Information Requests: The Bidder submitting the Bid must have complied with reasonable request for additional information from the Debtor (as described above) to the reasonable satisfaction of the Debtor.

(j) Bid Deadline: The following parties must receive a Bid in writing, on or before  May 1, 2026 at 12:00 p.m.  (Central Time) (the "Bid Deadline"): (1) Debtor's counsel, Thompson Burton, PLLC, 200 Clinton Avenue West, Suite 1000, Huntsville, Alabama, 35801, Attn: Stuart M. Maples, smaples@thompsonburton.com.

Case 25-81168-CRJ11    Doc 191    Filed 04/08/26    Entered 04/08/26 14:37:09    Desc
Main Document    Page 6 of 11

A Bid received from a Bidder before the Bid Deadline that meets the above requirements shall constitute a "Qualified Bid", and such Bidder shall constitute a "Qualified Bidder", provided that if the Debtor receives a Bid prior to the Bid Deadline that is not a Qualified Bid, the Debtor may provide the Bidder with the opportunity to remedy any deficiencies prior to the Auction; provided, further, that, for the avoidance of doubt, if any Qualified Bidder fails to comply with reasonable requests for additional information and due diligence access from the Debtor to the satisfaction of the Debtor, the Debtor may disqualify any Qualified Bidder and Qualified Bid, in the Debtor's discretion, and such Bidder shall not be entitled to attend or participate in the Auction unless such Bidder is also a creditor of the Debtor.

The Debtor shall inform each Bidder whether the Debtor will consider such Bidder's Bid to be a Qualified Bid no later than May 4, 2026 (to the extent practicable) before the Auction. The Debtor shall further provide at that time a copy of all Qualified Bids (if any) to all Qualified Bidders (if any).

## Application of Sale Proceeds

The sale proceeds generated from the transfer and sale of the Equity Interest, following the payment of all costs associated with the sale, shall be applied in the following order of priority:

> First: The Minimum Cash Down Payment shall be used to pay in full all outstanding Allowed Administrative Expense Claims and all Allowed Priority Claims in Class 1 on or before the Effective Date.

> Second: Any excess of the Minimum Cash Down Payment remaining after payment of all Allowed Administrative Expense Claims and Allowed Priority Claims shall be paid to NOVO Tech, Inc. and applied toward reduction of its post-petition super-priority administrative expense claim.

> Third: The remaining sale proceeds above the Minimum Cash Down Payment shall be distributed to holders of Allowed Claims according to the priorities set forth in the Plan, with ServisFirst Bank's Allowed Secured Claim ($1,297,252.83) paid in priority to the Allowed Secured Claim of FTA ($254,373.01).

> Fourth: If proceeds remain following full payment of Class 2 and Class 3 claimants, any remaining funds will become assets of the Liquidating Trust for distribution to Class 4 General Unsecured Creditors. Additionally, the Plan provides for a minimum contribution of $50,000 to the Liquidating Trust, carved out from any Allowed Secured Claims, from the proceeds of the sale of the Equity Interest.

## Structured Payment Bids

Bids may include structured payment offers for any amounts above the Minimum Cash Down Payment, subject to the following requirements:

> (a) Any structured payment component must be supported by adequate assurance of the Successful Bidder's financial ability to meet all payment obligations;

Case 25-81168-CRJ11    Doc 191    Filed 04/08/26    Entered 04/08/26 14:37:09    Desc
Main Document     Page 7 of 11

(b) Structured payments must not impair the Reorganized Debtor's ability to make semiannual Net Profits payments to SFB, FTA, and the Liquidating Trust as required by the Plan; and

(c) The terms of any structured payment arrangement are subject to approval by the Bankruptcy Court at the Sale Hearing.

## Auction

If more than one Qualified Bid is received by the Bid Deadline, the Debtor will conduct an auction (the "Auction") to determine the highest or otherwise best Qualified Bid. This determination shall take into account any factors the Debtor reasonably deems relevant to the value of the Qualified Bid to the estate, including the amount of the Minimum Cash Down Payment offered, the terms of any structured payment arrangement, and the financial ability of the Bidder to perform all Plan obligations.

If only one Qualified Bid is received by the Bid Deadline, the Debtor shall not conduct the Auction and shall accept the Qualified Bid received by the Bid Deadline, in which case such Qualified Bid shall be the Successful Bid and the applicable Qualified Bidder shall be the Successful Bidder.

## Time and Place for Auction.

The Auction shall take place on **May 8, 2026**, commencing at 10:00 a.m. (Central Time) at the office of counsel for the Debtor, Thompson Burton, PLLC, 200 Clinton Avenue West, Suite 1000, Huntsville, Alabama, 35801, or virtually at such time and place as the Debtor shall notify all Qualified Bidders and their counsel. The Auction shall be conducted according to the following procedures:

## Participation in Auction.

Only the Debtor and any Qualified Bidder, in each case, along with their representatives and counsel, or such other parties as the Debtor shall determine, shall participate at the Auction and only such Qualified Bidders will be entitled to make any Bids at the Auction. Subject to the foregoing participation limitations, the Auction will be conducted openly and all creditors of the Debtor will be permitted to attend.

## The Debtor Shall Conduct the Auction.

The Debtor and its professionals shall direct and preside over the Auction and the Auction shall be transcribed. Other than as expressly set forth herein, the Debtor may conduct the Auction in the manner it reasonably determines will result in the highest or otherwise best offer for any of the Debtor's assets. The Debtor shall use its best efforts to provide each Qualified Bidder participating in the Auction with the highest or otherwise best Qualified Bid received before the Bid Deadline (such highest or otherwise best Qualified Bid the "Auction Baseline Bid"). In addition, at the start of the Auction, the Debtor shall describe the terms of the Auction Baseline Bid. Each Qualified Bidder participating in the Auction must confirm that it (a) has not engaged in any collusion with respect to the bidding or sale of any of the assets described herein, (b) has reviewed, understands

Case 25-81168-CRJ11    Doc 191    Filed 04/08/26    Entered 04/08/26 14:37:09    Desc
Main Document       Page 8 of 11

and accepts the Bidding Procedures and (c) has consented to the core jurisdiction of the Bankruptcy Court.

**Terms of Overbids.**

An "Overbid" is any bid made at the Auction subsequent to the Debtor's announcement of the respective Auction Baseline Bid. To submit an Overbid for purposes of this Auction, a Bidder must comply with the following conditions:

(a) Minimum Overbid Increments: Any Overbid shall be made in increments of Ten Thousand and No/100 Dollars ($10,000.00) at the Auction (the "Minimum Overbid"). The Debtor reserves the right to announce reductions in the Minimum Overbids at any time during the Auction.

(b) Remaining Terms Are the Same as for Qualified Bids: Except as modified herein, an Overbid at the Auction must comply with the conditions and requirements (including the time that such Bid must be irrevocable) for a Qualified Bid set forth above, provided, however, that the Bid Deadline and any additional deposit shall not apply. Any Overbid must include a Minimum Cash Down Payment at least equal to the Minimum Cash Down Payment required for Qualified Bids.

At the Debtor's discretion, to the extent not previously provided, a Bidder submitting an Overbid at the Auction must submit, as part of its Overbid, written evidence (in the form of financial disclosure or credit-quality support information or enhancement reasonably acceptable to the Debtor) reasonably demonstrating such Bidder's ability to close the Transaction proposed by such Overbid.

**Announcement and Consideration of Overbids.**

(a) Announcement of Overbids: The Debtor shall announce at the Auction the material terms of each Overbid, the total amount of consideration offered in each such Overbid, the Minimum Cash Down Payment component, and any structured payment terms, and such other terms as the Debtor reasonably determines will facilitate the Auction.

(b) Consideration of Overbids: Subject to the deadlines set forth herein, the Debtor reserves the right, in its reasonable business judgment, to make one or more continuances of the Auction to, among other things: facilitate discussion between the Debtor and individual Qualified Bidders; allow individual Qualified Bidders to consider how they wish to proceed; or give Qualified Bidders the opportunity to provide the Debtor with such additional evidence as the Debtor in its reasonable business judgment may require, that the Qualified Bidder has sufficient internal resources, or has received sufficient non-contingent debt and/or equity funding commitments, to consummate the proposed Transaction at the prevailing Overbid amount.

(c) Closing the Auction: The Auction shall continue until there is one Qualified Bid for the Offered Assets that the Debtor determines in its reasonable business judgment is the highest or best Qualified Bid at the Auction. Thereafter, the Debtor shall select such Qualified Bid which produces the highest or best recovery to the estate, as the overall highest or best Qualified Bid (such Bid, the "Successful Bid", and the Bidder submitting such Successful

Case 25-81168-CRJ11    Doc 191    Filed 04/08/26    Entered 04/08/26 14:37:09    Desc
Main Document    Page 9 of 11

Bid, the "Successful Bidder"). In making this decision, the Debtor shall consider the total net recovery to the estate, the Minimum Cash Down Payment, the ability of the Bidder to perform all Plan obligations (including semiannual Net Profits payments to SFB, FTA, and the Liquidating Trust), and all other relevant criteria and information.

(d) The Auction shall close when the Successful Bidder submits fully executed sale and transaction documents memorializing the terms of the Successful Bid.

(e) Promptly following the Debtor's selection of the Successful Bid and the conclusion of the Auction, the Debtor shall announce the Successful Bid and shall file with the Bankruptcy Court notice of the Successful Bid and Successful Bidder. The Successful Bidder shall have the Bid Price (including the full Minimum Cash Down Payment) delivered to the Debtor's Counsel by wire on or before May 12,, 2026, at 3:00 p.m. (Central Time).

**Backup Bidder.**

Notwithstanding anything in the Bidding Procedures to the contrary, if an Auction is conducted, the Qualified Bidder with the next highest or otherwise best Bid at the Auction, as determined by the Debtor, in the exercise of its business judgment, will be designated as the backup bidder (the "Backup Bidder").

Following the Sale Hearing, if the Successful Bidder fails to consummate an approved transaction, the Backup Bidder will be deemed to have the new prevailing bid, and the Debtor will be authorized, without further order of the Bankruptcy Court, to consummate the transaction with the Backup Bidder, and the Backup Bidder shall consummate the transaction described in the Plan. The Backup Bidder shall have the Bid Price (including the full Minimum Cash Down Payment) delivered to the Debtor's Counsel by wire on or before the next Business Day after notice by the Debtor, by 3:00 p.m. (Central Time).

The Debtor, on its behalf and on behalf of its estate, specifically reserves the right to seek all available damages, including specific performance, from any defaulting Successful Bidder (including any Backup Bidder designated as a Successful Bidder) in accordance with the terms of the Bidding Procedures.

**Additional Procedures.**

The Debtor may announce at the Auction procedural rules that are reasonable under the circumstances for conducting the Auction so long as such rules are not inconsistent in any material respect with the Bidding Procedures.

**Consent to Jurisdiction and Authority as Condition to Bidding.**

Each Qualified Bidder shall be deemed to have (a) consented to the core jurisdiction of the Bankruptcy Court to enter an order or orders, which shall be binding in all respects, in any way related to the Debtor, the Bidding Procedures, the Auction or the construction and enforcement of documents relating to any Transaction, (b) waived any right to a jury trial in connection with any disputes relating to the Debtor, the Bidding Procedures, , the Auction or the construction and

Case 25-81168-CRJ11    Doc 191    Filed 04/08/26    Entered 04/08/26 14:37:09    Desc
Main Document    Page 10 of 11

enforcement of documents relating to any Transaction and (c) consented to the entry of a final order or judgment in any way related to the Debtor, the Bidding Procedures the Auction or the construction and enforcement of documents relating to any Transaction if it is determined that the Bankruptcy Court would lack Article III jurisdiction to enter such a final order or judgment absent the consent of the parties.

**Reservation of Rights of the Debtor**

Except as otherwise provided in the Bidding Procedures or the Plan and Disclosure Statement, the Debtor further reserves the right to: (a) determine which bidders are Qualified Bidders; (b) determine which Bids are Qualified Bids; (c) determine which Qualified Bid is the highest or best proposal and which is the next highest or best proposal; (d) reject any Bid that is (1) inadequate or insufficient, (2) not in conformity with the requirements of the Bidding Procedures or the requirements of the Bankruptcy Code, (3) does not include the required Minimum Cash Down Payment, (4) attempts to credit bid any claim against the Equity Interest, or (5) contrary to the best interest of the Debtor and its estate; (e) waive terms and conditions set forth herein with respect to any or all Bidders; (f) impose additional terms and conditions with respect to any or all potential bidders; (g) extend the deadlines set forth herein; (h) continue or cancel the Auction and/or Sale Hearing in open court without further notice; and (i) modify the Bidding Procedures and implement additional procedural rules that the Debtor determines, in its reasonable business judgment, will better promote the goals of the bidding process and discharge the Debtor's fiduciary duties and are not inconsistent with any Bankruptcy Court order.

/s/ Stuart M. Maples
**STUART M. MAPLES**
(ASB-1974-S69S)
**THOMPSON BURTON PLLC**
Regions Center
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
smaples@thompsonburton.com
Tel: (256) 489-9752
Fax: (256) 489-9720

[1] All capitalized terms not specifically defined herein shall have the defined meaning outlined in the Debtor's Plan.

Case 25-81168-CRJ11   Doc 191   Filed 04/08/26   Entered 04/08/26 14:37:09   Desc
Main Document    Page 11 of 11