# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE: )
)
Acquisition Integration, LLC, ) CASE NO. 25-81168-CRJ11
EIN: XX-XXX9425 ) CHAPTER 11
)
Debtor. )

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
## THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED MARCH 27, 2026

Acquisition Integration, LLC ("Debtor") filed its Third Amended Chapter 11 Plan of Reorganization on March 23, 2026 ("Plan"). The Court has entered an Order (ECF No. 191) Approving the Debtor's Third Amended Disclosure Statement dated March 23, 2026 ("Disclosure Statement"). The Disclosure Statement provides the information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Thompson Burton, PLLC, 200 Clinton Avenue West, Suite 1000, Huntsville, Alabama 35801, (256) 489-9767. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Pan and your classification and treatment under the Plan.**

**If your Ballot is not received by the United States Bankruptcy Court on or before Tuesday, April 28, 2026 by 4:00 p.m., CDT, and such deadline is not extended, your vote may not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

TO: U.S. Bankruptcy Court
Clerk's Office
660 Gallatin St. SW
Huntsville, AL 35801

COPY TO: Stuart M. Mapes, Esquire
Thompson Burton, PLLC
200 Clinton Avenue West
Suite 1000
Huntsville, Alabama 35801

The undersigned creditor votes:

[ ✓ ] Accept          [    ] Reject

to the Debtors' Joint Amended Chapter 11 Plan of Liquidation dated December 16, 2025.

Class 1 – Priority Wage and Benefit Claims                                    [ ✓ ]

Class 2 – Secured Claim of ServisFirst Bank                                   [    ]

Class 3 – Secured Claim of Flight Test Aerospace ("FTA")                      [    ]

Class 4 – Unsecured Claims                                                    [    ]

Class 5 – Equity Interest Holders                                            [    ]

Amount of your claim (if known): $17,500

Signature: *Paul Leachko*

Type or print name of creditor: PAUL LEACHKO  Bontex Aviation Consulting

Your Title: OWNER

Address: 12007 UDALL RD.
HIRAM, OHIO 44234

Date signed: 04/17/2026

**IF YOU ARE THE HOLDER OF MORE THAN ONE ALLOWED CLAIM, EVEN IF YOUR ALLOWED CLAIMS ARE ALL CLASSIFIED IN THE SAME CATEGORY (BOTH SECURED, BOTH UNSECURED, ETC.), YOU ARE ENTITLED TO CAST A BALLOT FOR EACH ALLOWED CLAIM IN THE APPLICABLE CATEGORY FOR SUCH ALLOWED CLAIM.**